UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CHARLES RAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CV415-162 |
| ROADLINK WORKFORCE SOLUTIONS, LLC et al., | ) ) ) ) |
| Defendants. | ) |

## O R D E R

The Court having reviewed and considered the petition of Tonya F. Stokes of the law firm of Dennis, Corry, Porter & Smith, LLP, 3535 Piedmont Road N.E., Suite 900, Atlanta, Georgia 30305 for permission to appear pro hac vice on behalf of defendants Schneider Logistics Transportation, Inc. et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Tonya F. Stokes, as counsel of record for defendants Schneider Logistics Transportation, Inc. et al., in this case.

**SO ORDERED** this __29th__ day of June, 2015.

*/s/ G. R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA