# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| CHARLES RAY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV415-162 |
| ROADLINK WORKFORCE SOLUTIONS, LLC, et al., | ) |
| Defendants. | ) |

## ORDER

The Court having reviewed and considered the petition of Davis Kingsley Loftin of the law firm of Mykkelvedt & Loftin, LLC, 3001 Lookout Place, N.E., Atlanta, Georgia 30305, for permission to appear pro hac vice on behalf of plaintiff Charles Ray, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Davis Kingsley Loftin, as counsel of record for plaintiff Charles Ray, in this case.

**SO ORDERED** this __22nd__ day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA